IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3067 |
| vs. | |
| ANTHONY R. ROE, | **ORDER** |
| Defendant. | |

Defendant objects to any finding that he is incompetent and unable to stand trial and assist his counsel in his defense. At this time, Defendant may also be refusing to take medications as prescribed by the Federal Medical Center for restoration of competence. (Filing No. 74, audio file).

Accordingly,

IT IS ORDERED:

1) The U.S. Marshal shall provide prompt custodial transportation of Defendant from the Federal Medical Center to Lincoln, Nebraska to appear at a hearing before the undersigned magistrate judge.

2) During transport back to the District of Nebraska, the U.S. Marshal shall have available and provide to the defendant any medications prescribed by the Federal Medical Center on the schedule and at the dosage as stated by that facility. However, if the defendant refuses the medication, the Marshal is not authorized to force the defendant to take this medication pending a hearing in Nebraska and further order of this court.

3) When the defendant arrives in Nebraska, the Marshal shall promptly advise this court so a hearing can be set.

4) The clerk shall set an April 1, 2019 case management deadline to check on Defendant's arrival in this district.

March 1, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge