IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3067 |
| vs. | FINAL ORDER OF FORFEITURE |
| ANTHONY R. ROE, | |
| Defendant. | |

On January 7, 2021, the Court entered a Preliminary Order of Forfeiture (filing 126) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and his admission of the forfeiture allegation contained in the indictment. Filing 119; filing 124. By way of the preliminary order of forfeiture, the defendant's interest in a Huawei H881C Ascend Plus cell phone was forfeited to the plaintiff. As directed by the order, a Notice of Criminal Forfeiture was posted beginning on January 13, 2021, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 131) was filed on March 15, 2021. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.  The plaintiff's Motion for Final Order of Forfeiture (filing 132) is granted.

2.      All right, title, and interest in and to the Huawei H881C
        Ascend Plus cell phone held by any person or entity are
        forever barred and foreclosed.

3.      The property is forfeited to the plaintiff.

4.      The plaintiff is directed to dispose of the property in
        accordance with law.

Dated this 9th day of April, 2021.


                        BY THE COURT:

                        _____
                        John M. Gerrard
                        Chief United States District Judge